AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Oluwafemi Samuel Shodipe <br><br> *Plaintiff(s)* <br> v. <br> Kirstjen Nielsen, Secretary, U.S. Department of Homeland Security, et al. <br><br> *Defendant(s)* | Civil Action No. 19-cv-00094-TJK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Matthew G. Whitaker
    Acting Attorney General of the United States
    U.S. Department of Justice
    950 Pennsylvania Avenue, N.W.
    Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Brian S. Green, Esq.
    Said & Green, PC
    5513 Twin Knolls Road
    Suite 219
    Columbia, MD 21045

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 01/16/2019

/s/ Elizabeth A. Fernandez

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Matthew Whitaker, Acting US Attorney General
was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*
   on *(date)*                                 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
   , a person of suitable age and discretion who resides there,
   on *(date)*           , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                     , who is
   designated by law to accept service of process on behalf of *(name of organization)*
   on *(date)*                                 ; or

☐ I returned the summons unexecuted because                                         ; or

☒ Other *(specify):* Registered USPS Mail on January 24, 2019.

My fees are $           for travel and $           for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:  January 30, 2019

                                        _____
                                              *Server's signature*

                                        Brian S. Green, Attorney
                                        _____
                                              *Printed name and title*

                                        Said and Green, P.C.
                                        5513 Twin Knolls Road, Suite 219
                                        Columbia, MD  21045
                                        _____
                                              *Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Matthew G. Whitaker
   Acting US Attorney General
   US DOJ
   950 Pennsylvania Ave, NW
   Washington, DC 20530

   9590 9402 1959 6123 3692 00

2. Article Number (Transfer from service label)

   7018 3090 0000 3418 8035

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below.        ☒ No

   JAN 24 2019

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

USPS TRACKING #

9590 9402 1959 6123 3692 00

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Naima Said & Associates, P.C.
5513 Twin Knolls Road / Ste. 219
Columbia, MD 21045



SHODIPE