AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Oluwafemi Samuel Shodipe<br><br>*Plaintiff(s)*<br>v.<br>Kirstjen Nielsen, Secretary, U.S. Department of Homeland Security, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.  19-cv-00094-TJK<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Civil Process Clerk
U.S. Attoney's Office
555 4th Street, N.W.
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian S. Green, Esq.
Said & Green, PC
5513 Twin Knolls Road
Suite 219
Columbia, MD 21045

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date:  01/16/2019                                              /s/ Elizabeth A. Fernandez
                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Civil Process Clerk

was received by me on *(date)* .

☐ I personally served the summons on the individual at *(place)* 
 on *(date)*  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* 
 , a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*  , who is
designated by law to accept service of process on behalf of *(name of organization)* 
 on *(date)*  ; or

☐ I returned the summons unexecuted because  ; or

☒ Other *(specify)*: Registered USPS Mail on January 24, 2019

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: January 30, 2019

*Server's signature*

Brian S. Green, Attorney
*Printed name and title*

Said and Green, P.C.
5513 Twin Knolls Road, Suite 219
Columbia, MD 21045
*Server's address*

Additional information regarding attempted service, etc:

ALERT: EXTREME COLD HAS CAUSED USPS SERVICE DISRUPTIONS ACROSS THE NATION. ...

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Tracking Number: 70183090000034188042

Remove ✕

**Expected Delivery on**

**THURSDAY**
**24** JANUARY 2019 ⓘ  by **8:00pm** ⓘ

## ✓ Delivered

January 24, 2019 at 5:57 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

Text & Email Updates ⌄

Tracking History ⌄

Product Information ⌄

See Less ⌃

Feedback

## Can't find what you're looking for?



**S&G** SAID & GREEN
ATTORNEYS AT LAW

5513 TWIN KNOLLS ROAD  STE. 219  COLUMBIA, MD 21045  (410) 992-6602  FAX (410) 992-0236  NAIMA@SAIDANDGREEN.COM

NAIMA SAID, ADMITTED TO MD & NY
BRIAN GREEN, ADMITTED TO MD, WV & PA

January 17, 2019

### VIA CERTIFIED MAIL

Civil Process Clerk
U.S. Attorney's Office
555 4th Street, N.W.
Washington, DC  20530

Dear Sir or Madam,

Please find enclosed the following documents for service in <u>Oluwafemi Samuel Shodipe v. Kirstjen Nielsen</u>, 19-cv-00094-TJK:

1. Summons in a Civil Action issued by the U.S. District Court for the District of Columbia;
2. A copy of Plaintiffs' Complaint for Declaratory and Injunctive Relief and for Writ of Mandamus with all exhibits attached;
3. A copy of Plaintiffs' Civil Cover Sheet; and
4. Plaintiffs' signed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge.

If you have any questions, please contact me directly.

Kind regards,

Brian Green

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee  $ 3.50
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)      $ 2.00
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required       $ _____
☒ Adult Signature Restricted Delivery  $ 9.30

Postage  $ 1.99
Total Postage and Fees  $ 17.59

Sent To: Civil Process Clerk
Street and Apt. No., or PO Box No.: 555 4th St. N.W.
City, State, ZIP+4®: Washington, D.C. 20530

Postmark Here