UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLUWAFEMI SAMUEL SHODIPE,<br><br>Plaintiff,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, Secretary,<br>U.S. Department of Homeland<br>Security, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:19-cv-00094-TJK<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF VOLUNTARY DISMISSAL**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff hereby files this Notice of Voluntary Dismissal, noting that none of the Defendants named in this matter have served an answer or motion for summary judgment.

    Respectfully submitted,

/s/Brian S. Green
U.S. District Court Bar #MD0013
Law Office of Brian Green
5110 Echo Street
Los Angeles, CA 9042
(443) 799-4225
Fax (323) 285-0056
BrianGreen@greenusimmigration.com